So Ordered.

Dated: January 12, 2021





Beth E. Hanan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| In re | Chapter 13 |
|---|---|
| MARY MARIE HARRELL | Case No. 20-27381-BEH |
| Debtor. | |

### ORDER RESOLVING TRUSTEE'S OBJECTION
### TO CONFIRMATION OF PLAN

The Chapter 13 Trustee represents that the Trustee and the Debtor, through counsel, have agreed that the Trustee's Objection to Confirmation may be sustained on the following terms:

On or before January 29, 2021, the Debtor shall file a feasible Amended Plan..

**IT IS THEREFORE ORDERED THAT:**

Based on and subject to these agreed terms, the Trustee's Objection to Confirmation is sustained.

#####

Prepared by:
Robert W. Stack, Staff Attorney
Office of the Chapter 13 Trustee
P O Box 510920
Milwaukee, WI 53203
T: (414) 271-3943
info@chapter13milwaukee.com